

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 16, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States v. Maurice Williams*, 20 Mag. 3955

Dear Judge Davison:

  The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 20 Mag. 3955, and related arrest warrant for Defendant Maurice Williams, as I have been advised that the Defendant has been arrested.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

        By: /s/ David R. Felton
            David R. Felton
            Assistant United States Attorney
            Tel:  (914) 993-1908

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE

4/16/20

USDC SDNY
Document
Electronically Filed
Doc#_____
Date filed 4/16/2020